**Electronically Filed
Supreme Court
SCWC-16-0000423
10-NOV-2021
10:40 AM
Dkt. 19 ODAC**

SCWC-16-0000423

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ASSOCIATION OF APARTMENT OWNERS OF HOLOLANI,
by its Board of Directors,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

ELIZABETH A. MILLER and DANIEL P. MILLER,
Petitioners/Defendants/Counterclaimants-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000423; CIV NO. 06-1-0249(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants/Counterclaimants-Appellants

Elizabeth A. Miller and Daniel P. Miller's application for writ

of certiorari filed on September 20, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 10, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

